# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HINE/KYLE PROPERTIES,
WILLIAM KYLE, AND JOHN
ELDRIDGE HINE

VERSUS

M-I L.L.C. D/B/A M-I
DRILLING FLUIDS L.L.C. D/B/A
M-I SWACO & SCHLUMBERGER
TECHNOLOGY CORPORATION,
HALLIBURTON ENERGY SERVICES,
INC., & THE DOW CHEMICAL
COMPANY

NO.  2019 CW 1270

OCTOBER 14, 2019

---

In Re:   Hine/Kyle Properties, William Kyle, and John Eldridge
         Hine, applying for supervisory writs, 16th Judicial
         District Court, Parish of St. Mary, No. 129750.

---

BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

   **WRIT DENIED.**   The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (per curiam), are not met.

                         **TMH**
                         **AHP**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT